RECEIVED
JAN 27 2021

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:21-cr-00017-01 |
| VERSUS | Judge Drell |
| CARLTON DEANGELO EFFERSON | Magistrate Judge Perez-Montes |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Felon in Possession of Firearm
[18 U.S.C. § 922(g)(1)]

On or about July 25, 2020, in the Western District of Louisiana, the defendant, **Carlton Deangelo Efferson**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit, a Smith & Wesson pistol, model M&P 9 Shield, 9mm caliber; a Glock pistol; model: 22 Gen 3, .40 caliber; and ammunition, said firearms having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).   [18 U.S.C. § 922(g)(1)].

### COUNT 2
False Statement in Required Information Kept by a Firearms Dealer
[18 U.S.C. § 924(a)(1)(A)]

On or about July 21, 2020, in the Western District of Louisiana, the defendant, **Carlton Deangelo Efferson**, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code to be kept in the records of Cypress Knee Outdoors, a licensed federal firearms dealer located at 11028 Highway 1 in Natchitoches, Louisiana, in

that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, indicating that he had not been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned him for more than one year, whereas in truth and in fact, he knew that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 924(a)(1)(A).   [18 U.S.C. § 924(a)(1)(A)].

| | |
|---|---|
| A TRUE BILL: | ALEXANDER C. VAN HOOK<br>United States Attorney |
| *REDACTED*<br>GRAND JURY FOREPERSON | SETH D. REEG (LA Bar #34184)<br>Assistant United States Attorney<br>300 Fannin Street, Suite 3201<br>Shreveport, Louisiana 71101<br>Phone: (318) 676-3600 |